### Edgar Pierce v. The State.

Decided June 20, 1923.

Burglary—Escape—Practice on Appeal.

Where, upon appeal from a conviction of burglary, it was shown by affidavit of the sheriff of the county that appellant had escaped from custody and had not voluntarily returned within the time required by law, the appeal must be dismissed.

Appeal from the District Court of Van Zandt. Tried below before the Honorable Joel R. Bond.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

We find the affidavit of the sheriff of Van Zandt County showing that appellant escaped from custody on the 12th day of May, and that he had not voluntarily returned on the date of the affidavit, which was made on June 10, 1923.

Upon these facts the statute requires a dismissal of the appeal, and it is so ordered.

*Dismissed.*